

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AMRIK SINGH,

                        Plaintiff,

- against -

TRANS UNION CORP., EXPERIAN and
EQUIFAX INFORMATION SERVICES LLC,

                        Defendants.
-----------------------------------------------------------X

Case No. 04 CV 5272

**ORDER TO DISMISS**
**WITH PREJUDICE**

The Plaintiff has filed a Motion to Dismiss with prejudice and the Defendants not having opposed said Motion,

It is on this _5_ day of May, 2006

**ORDERED** that the above entitled action is hereby dismissed with prejudice as against the Defendants and it is further

**ORDERED** that a copy of this Order be served upon all counsel of record within seven (7) days of the receipt of this Order.

                                                    s/ILG
                                                    U.S.D.J.

**WE CONSENT TO THE DISMISSAL**
**WITH PREJUDICE**

MARVIN E. KRAMER & ASSOCIATES, P.C.

By: _____
      MARVIN E. KRAMER
Attorneys for Plaintiff
400 Post Avenue, Suite 402
Westbury, NY 11590
516-742-2800

G:\WP\FAVRET\ORDER DISMISSING.WPD